UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY HUMPHREY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:05CV1768-SNL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Pursuant to a memorandum opinion filed contemporaneously with this order,

**IT IS HEREBY ORDERED** that petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody is **DENIED**.

Dated this  14th  day of March, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE